| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE | File # 65250276 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 524-6748<br>www.cyberdriveillinois.com | **FILED**<br>FEB 2 5 2008<br>JESSE WHITE<br>SECRETARY OF STATE | SUBMIT IN DUPLICATE<br>This space for use by Secretary of State<br>Date FEB. 25, 2008<br>Filing Fee $10.00<br>Approved: |
| Remit payment in check or money order, payable to "Secretary of State." | | |

1. Title of the case and number of the case:

   Laborers' Pension Fund, et al.   *first named plaintiff*
   
   v.
   
   Keith's Contracting, Inc., et al.   *first named defendant*
   
   Number  07 C 7094

2. Name of the corporation being served: __Keith's Contracting, Inc.__
3. Title of the court in which an action, suit or proceeding has been commenced: __U.S. District Court (N.D. Ill.)__
4. Title of the instrument being served: __Summons and Complaint__
5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [X] The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.
   
   b. [ ] The corporation has failed to appoint and maintain a registered agent in Illinois.
   
   c. [ ] The corporation was dissolved on _____, ____ ; the conditions
      (Month & Day)   (Year)
      of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within 5 years thereafter.
   
   d. [ ] The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/ (revoked) on _____, ____ .
      (Month & Day)   (Year)
   
   e. [ ] The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: __210 N. Charleston - Willow Springs, IL 60480__

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   _____   2-22-08           2008
   Signature of Affiant        Month & Day       Year
   
   ( 312 ) 364-9400
   Telephone Number

**TENDERED CHICAGO CORP. DEPARTMENT**

FEB 2 5 2008

ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

RETURN TO: PLEASE TYPE OR PRINT CLEARLY

Josiah A. Groff
Allison Slutsky & Kennedy, P.C.
   *Name*

230 West Monroe Street, Suite 2600
   *Street*

Chicago          Illinois          60606
*City/Town*       *State*          *ZIP*

C-213.9 4/04

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Laborers' Pension Funds et al.,

V.

Keith's Contracting, Inc. et al.

CASE NUMBER: **07 C 7094**

ASSIGNED JUDGE: **JUDGE LEINENWEBER**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Keith's Contracting, Inc.
Registered Agent
c/o Keith Slouber
210 N. Charleton
Willow Springs, IL 60480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*
(By) DEPUTY CLERK

January 3, 2008
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | January 15'th, 2008 |
| NAME OF SERVER (PRINT)  Philip P. Ducar | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Personally handed the Summons and the Complaint to a male subject who identified himself as the Brother-In-Law of the Registered Agent, Keith Slouber. Service was effected at the Slouber residence at 210 North Charleton Ave., in Willow Springs, Ill., at the hour of 5:25 p.m. This male subject is described as: White/approximately 60 years of age, 5'-10", 260 lbs., clean shaven. (Driving a red mini-van, Illinois License plate of 3591247).

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 15'th, 2008        *Philip P. Ducar*
           Date                          Signature of Server

                 Post Office Box # 911
                 Tinley Park, Illinois 60477
                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.