AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Laborers' Pension Funds et al.,

v.

Keith's Contracting, Inc. et al.

CASE NUMBER: **07 C 7094**

ASSIGNED JUDGE:

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE VALDEZ**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Keith Slouber
210 N. Charleton
Willow Springs, IL 60480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

(By) DEPUTY CLERK

January 3, 2008
Date

Exhibit A

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 15'th, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Philip P. Ducar | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

XXXX Other (specify): I, Philip P. Ducar, personally handed the Summons and the Complaint to a male white, approximately 60 years of age, 5'-10", 260 lbs., clean shaven, (driving a red mini-van, Illinois License plate of 3591247), who identified himself as the brother-in-law of Keith Slouber. The individual who accepted service stated that both he, and Mr. Keith Slouber, both resided at 210 N. Charleton, in Willow Springs, Illinois. Service was effected at 5:25 p.m., on January 15'th, 2008.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 15'th, 2008        *Philip P. Ducar*
           Date                          Signature of Server

Post Office Box # 911
Tinley Park, Ill. 60477

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.