Form **BCA-5.25**
(Rev. Jan. 2003)

**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON**
**SECRETARY OF STATE**

File # 65250276

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
Telephone (217) 524-6748
www.cyberdriveillinois.com

# FILED

FEB 2 5 2008

**JESSE WHITE**
**SECRETARY OF STATE**

SUBMIT IN DUPLICATE

This space for use by
Secretary of State

Date FEB. 25, 2008

Remit payment in check or money
order, payable to "Secretary of State."

Filing Fee          $10.00

Approved:

1. Title of the case and number of the case:

Laborers' Pension Fund, et al.        first named plaintiff

v.                                    Number  07 C 7094

Keith's Contracting, Inc., et al.     first named defendant

2. Name of the corporation being served: __Keith's Contracting, Inc.__

3. Title of the court in which an action, suit or proceeding has been commenced: __U.S. District Court (N.D. Ill.)__

4. Title of the Instrument being served: _____Summons and Complaint_____

5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. ☒ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____; the conditions
                                        (Month & Day)          (Year)
   of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within 5 years thereafter.

   d. ☐ The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/ (revoked) on _____, _____
                         (Month & Day)          (Year)

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: __210 N. Charleston - Willow Springs, IL 60480__

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

_____          2-22-08              2008
Signature of Affiant               Month & Day           Year

( 312 ) 364-9400
Telephone Number

**RETURN TO: PLEASE TYPE OR PRINT CLEARLY**
Josiah A. Groff
Allison Slutsky & Kennedy, P.C.
_____Name_____

230 West Monroe Street, Suite 2600
_____Street_____

Chicago          Illinois          60606
City/Town        State             ZIP

TENDERED CHICAGO
CORP. DEPARTMENT

FEB 2 5 2008

ACCEPTANCE AND "FILED" DATE
ESTABLISHED ONLY AFTER
REVIEW

C-213.9 4/04

Exhibit B

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Laborers' Pension Funds et al.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 07 C 7094

V.

ASSIGNED JUDGE:

Keith's Contracting, Inc. et al.

**JUDGE LEINENWEBER**
**MAGISTRATE JUDGE VALDEZ**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Keith's Contracting, Inc.
Registered Agent
c/o Keith Slouber
210 N. Charleton
Willow Springs, IL 60480

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Karen I. Engelhardt
Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

--------------------------------
**(By) DEPUTY CLERK**

**January 3, 2008**

--------------------------------
**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | January 15'th, 2008 |
| NAME OF SERVER *(PRINT)*  Philip P. Ducar | TITLE | Special Process Server |

Check one box below to indicate appropriate method of service

    G  Served personally upon the defendant.  Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

    (G) Other (specify):  Personally handed the Summons and the Complaint to a male subject who identified himself as the Brother-In-Law of the Registered Agent, Keith Slouber. Service was effected at the Slouber residence at 210 North Charleton Ave., in Willow Springs, Ill., at the hour of 5:25 p.m. This male subject is described as: White/approximately 60 years of age, 5'-10", 260 lbs., clean shaven. (Driving a red mini-van, Illinois License plate of 3591247).

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 15'th, 2008   *Philip P. Ducar*
            Date         *Signature of Server*

        Post Office Box # 911
        Tinley Park, Illinois 60477

        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.