IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds, ) ) ) ) ) ) ) ) | |
| Plaintiffs, )  ) | |
| v.  ) ) | Case No. 07 C 7094 |
| KEITH'S CONTRACTING, INC., et al.,  ) ) | Judge Leinenweber |
| Defendants.  ) | |

## NOTICE OF MOTION

TO:  Keith's Cartage, Inc.,
     Keith Slouber
     210 N. Charleston
     Willow Springs, IL 60480

    PLEASE TAKE NOTICE THAT on Tuesday, April 8, 2008, at 9:30 a.m., I shall appear before Honorable Judge Leinenweber in Courtroom 1941 or the courtroom then occupied by him, at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the **Plaintiffs' Motion for Default and to Compel an Audit**, a copy of which is hereby served upon you.

                                         Respectfully submitted,


                                         By: /s/Karen I. Engelhardt
                                            Attorneys for Plaintiffs

Allison, Slutsky & Kennedy, P.C.
230 W. Monroe Street  - Suite 2600
Chicago, Illinois  60606
(312) 364-9400
March 25, 2008

## **CERTIFICATE OF SERVICE**

I, Karen I. Engelhardt, an attorney, certify that I sent a copy of the foregoing Plaintiffs' Motion for Default and to Compel an Audit to the following person, at the address indicated below by U.S. first class mail this 25th day of March 2008:

>Keith's Cartage, Inc.,
>Keith Slouber
>210 N. Charleston
>Willow Springs, IL 60480


>/s/Karen I.Engelhardt

Case 1:07-cv-07094    Document 9    Filed 03/25/2008    Page 3 of 3