Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 7094 | DATE | 4/10/2008 |
| CASE TITLE | Laborers Pension Fund, et al vs. Keith's Contracting Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion for Default and to Compel an Audit is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

Courtroom Deputy Initials: WAP